UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **LARRY CALVERT** ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | |
| ) | Case No.4:09-cv-01163-MLM |
| ) | |
| **NORANDA ALUMINUM, INC. ET AL** ) | |
| ) | |
| Defendants. ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on July 23, 2009, and assigned to the Honorable Mary Ann L. Medler. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division cause number.

**IT IS THEREFORE ORDERED** that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No. 1:09-cv-00103-SNLJ. The Honorable Stephen N Limbaugh, Jr. will preside.

Case No. 4:09-cv-01163-MLM is hereby administratively closed. Judge Medler's name will be replaced for future assignment.

Dated this 27th day of July., 2009

James G. Woodward, Clerk of Court
By: /s/ Lori Miller-Taylor

Please refer to Case No. 1:09-cv-00103-SNLJ in all future matters concerning this case.